IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DENISE WHITE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:21-cv-00404 |
| ) | |
| MARK RANDALL DRAPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEREMY D. CURLEY, ) | |
| ) | |
| OFFICER WALTER M. LOVING, ) | |
| ) | |
| KANSAS CITY BOARD OF POLICE ) | |
| COMMISSIONERS, ) | |
| ) | |
| DOWNTOWN KANSAS CITY COMMUNITY ) | |
| IMPROVEMENT DISTRICT, ) | |
| ) | |
| THE DOWNTOWN COUNCIL d/b/a THE ) | |
| DOWNTOWN COUNCIL OF KANSAS CITY, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED AMERICAN SECURITY, LLC, ) | |
| ) | |
| Defendants. ) | |

**RECEIPT AND SATISFACTION OF JUDGMENT**

COMES NOW plaintiffs, by and through their counsel, hereby acknowledge that they have received full and final payment of the settlement monies from and on behalf of defendants Downtown Kansas City Community Improvement District and The Downtown Council in full and

1

complete satisfaction of the Judgment entered in the above cause against these two defendants and hereby file with the Court this Receipt and Satisfaction of said Judgment.

Respectfully submitted,

/s/ *William P. Denning*

William P. Denning
Paeten E. Denning
DENNING LAW FIRM, LLC
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
(816) 702-8400
(816) 702-8401 (fax)
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
**Attorneys for Plaintiff Denise White**

**and**

/s/ *John Kurtz*

John Kurtz
HUBBARD & KURTZ, LLP
1718 Walnut
Kansas City, MO 64108
(816) 467-1776
(816) 472-5464 (fax)
jkurtz@MoKanLaw.com
**Attorneys for Plaintiff Mark Randall Draper**