IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DENISE WHITE, et al., | ) |
|                          Plaintiffs, | ) Case No. 21-404-CV-W-FJG |
| vs. | ) Date: August 30, 2022 |
| JEREMY D. CURLEY, et al., | ) |
|                          Defendants. | ) |

MINUTE SHEET

The Honorable Fernando J. Gaitan, Jr. presiding at Kansas City, Missouri.
================================================================================

Nature of Hearing: Settlement Approval Conference

Time Commenced: 10:02 a.m.     Time Terminated: 10:06 a.m.

Plaintiffs by: William Denning, John Kurtz

Defendants by: Diane Peters, Sydney Paquette

**Proceedings**: All parties appear as indicated above. Parties make appearances for the record. Testimony of plaintiffs Denise White and Mark Randall Draper provided via affidavit, as approved by the Court.

The Court has had the opportunity to review the proposed settlement and finds to be fair, reasonable, and adequate. The Court approves the distribution of award as presented and orally grants plaintiff's motion for award of attorney fees, expenses, and service award. Counsel instructed to forward proposed order approving final settlement to chambers for review/entry.

Courtroom Deputy: Christy Anderson
Court Reporter: Gayle Wambolt